**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| STEPHEN EARL BROOKS,<br>    Plaintiff,<br><br>v.<br><br>JUDGE BILL SWANN, *et al.,*,<br>    Defendants. | )<br>)<br>)<br>)    No. 3:10-CV-291<br>)    (Phillips)<br>)<br>) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the Report and Recommendation by the magistrate judge, the Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Report and Recommendation,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Stephen Earl Brooks take nothing, that the action be **DISMISSED** but without prejudice to plaintiff's rights to refile his claims in the proper state court.

Dated at Knoxville, Tennessee, this _____ day of July, 2010.

                                                          s/ Patricia L. McNutt
                                                            Clerk of Court